

November 17, 2025

**VIA ECF**

The Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      Re:   *McClure v. Johnson & Johnson, et al.*, Civ. Action No.
            3:24-CV-09139 – Motion to Vacate Entry of Default

Dear Judge Quinn:

Plaintiff Brian McClure ("Plainitff") does not intend to oppose Defendant Johnson & Johnson (China) Investment Ltd's ("J&J China") motion to vacate entry of default (the "Motion") filed on November 7, 2025. *See* ECF Dkt No. 61. Although Plaintiff does not concede any of the substantive arguments and factual allegations set forth in the Motion, Plaintiff wishes to avoid unnecessary and costly motion practice. Thus, Plaintiff looks forward to Defendant J&J China's response to Plaintiff's Amended Complaint at a time to be set by Your Honor as Defendant J&J China requested in its proposed order enclosed with its Motion.

Very truly yours,

Benjamin Folkinshteyn

cc:    Counsel for Defendants (*via* ECF)